# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-1321
LT Case No. 05-2007-CF-048502-B

_____

HOWARD CRAFT, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Charles Grooms Crawford, Judge.

Howard Craft, Jr., Cross City, pro se.

No Appearance for Appellee.

October 14, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and SOUD and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————